**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TA'VION MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-1556-SLP |

**<u>O R D E R</u>**

Plainitiff, proceeding with counsel, filed his Complaint on December 23, 2025 [Doc. No. 1]. On January 21, 2026, Defendant Oklahoma County Criminal Justice Authority (OCCJA) filed a Special Appearance and Motion to Dismiss. [Doc. No. 16]. United States Magistrate Judge Chris M. Stephens entered a Report and Recommendation [Doc. No. 19] (R&R) recommending the Court quash Plaintiff's original service attempt on Defendant OCCJA and allow Plaintiff 30 additional days to effectuate proper service.

The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed any objections to be filed on or before August 3, 2026. *Id.* at 5. The Magistrate Judge further advised Plaintiff that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R. To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed

in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 19] is ADOPTED in its entirety. Plaintiff's original service attempt on Defendant OCCJA is QUASHED. Plaintiff has until September 3, 2026, to effectuate proper service on Defendant OCCJA.

IT IS SO ORDERED this 4th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**