**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TA'VION MURPHY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-25-1556-SLP |
| BOARD OF TRUSTEES FOR THE OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al., | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 22] (R&R) of United States Magistrate Judge Chris M. Stephens entered August 5, 2026. Judge Stephens advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before August 19, 2026. Judge Stephens further advised Plaintiff that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R.

Plaintiff has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 22] is ADOPTED in its entirety and Defendant Dominique Thomas is DISMISSED from this action without prejudice.

IT IS SO ORDERED this 20th day of August, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE